# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00812-CV

## In re MCM Family Partners, LTD. and Huntsville Haus, LLC

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Maggie Ellis, Justice

Before Justices Triana, Kelly, and Ellis

Filed: January 23, 2026